■ Robert A. Phillips, Respondent, v Town of Wayland, Appellant, et al., Defendants. (Appeal No. 3.)—Order unanimously reversed on the law without costs and motion granted. Same memorandum as in *Phillips v Baird* ([appeal No. 1] 156 AD2d 998 [decided herewith]). (Appeal from order of Supreme Court, Steuben County, Finnerty, J.—summary judgment.) Present—Callahan, J. P., Denman, Pine, Balio and Davis, JJ.